| | |
|---|---|
| **PETER C. ANDERSON**<br>**UNITED STATES TRUSTEE**<br>Brian Fittipaldi, CA State Bar No. 137152<br>Attorney for the United States Trustee<br>1415 State Street, Room 148<br>Santa Barbara, California 93101<br>Telephone: (805) 957-4100; Facsimile (805) 957-4103<br>Email: brian.fittipaldi@usdoj.gov | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**NORTHERN DIVISION** | |
| In re:<br><br>    Rosa Carmina Valladares,<br><br>                        Debtor. | |
| **NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 110 FOR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOYCE HONG** | Chapter 7<br><br>Case No. 9:19-bk-11357-DS |

    NOTICE IS HEREBY GIVEN that on the following date and time, in the following courtroom, the United States Trustee shall and hereby does move this Court to enter an order under 11 U.S.C. § 110 for disgorgement of fees against Rosella Vera.

> Hearing Date: October 10, 2019 Time: 11:00 a.m.
> Location: Courtroom 201, U. S. Bankruptcy Court
> 1415 State Street, Santa Barbara, California

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Declarations, the entire record in this case, and such other evidence and argument as is presented at the time of the hearing.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9013-1(f) requires that any response to this motion must be in writing, filed with the Clerk of the Court at the above address, and served on the Office of the United States Trustee, at 1415 State Street, Room 148, Santa Barbara, CA 93101, no later than fourteen (14) days before the hearing on this motion. Failure to file and serve any opposition may result in the court failing to consider any such opposition.

Dated: August 29, 2019                    UNITED STATES TRUSTEE

                                   By: */s/Brian Fittipaldi*
                                    Brian Fittipaldi
                                    Attorney for the United States Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.       INTRODUCTION

In 1994, in response to the proliferation of bankruptcy petition preparers nationwide, Congress enacted Section 110 of the Bankruptcy Code[1] to protect consumers from abuses by non-attorneys preparing bankruptcy documents.  11 U.S.C. § 110; *see In re Fraga*, 210 B.R. 812, 818-19 (9th Cir. BAP 1997).  Section 110 was designed to prevent petition preparers from taking "unfair advantage of persons who are ignorant of their rights both inside and outside of bankruptcy system."  *In re Agyekum*, 225 B.R. 695, 701 (9th Cir. BAP 1998), *quoting* H.R. Rep. 103-834, 103rd Cong., 2nd Sess. 40-41 (Oct. 4, 1994), 140 Cong. Rec. H10, 770 (Oct. 4, 1994). Accordingly, Congress established a set of requirements for bankruptcy petition preparers, granting the Court specific authority to limit compensation, fine, and enjoin preparers who violate the Code.

The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA"), effective October 17, 2005, amended § 110 in various ways that included an express prohibition on offers of legal advice and provisions for enhanced penalties.  In essence, the statute now allows preparers to "only charge a fee for typing services."  *In re Bradshaw*, 233 B.R. 315, 323 (Bankr. D.N.J. 1999); *see also In re McCarthy*, 149 B.R. 162, 167 (Bankr. S.D. Cal. 1992).

## II.       STATEMENT OF FACTS

1.       On August 5, 2019, Rosa Carmina Valladares (the "Debtor") filed a chapter 7 petition.  Declaration of Joyce Hong ("Hong Dec."), Exhibit A.[2]

2.       The Bankruptcy Petition Preparer's Notice, Declaration, and Signature filed in this case lists Rosella Vera as the bankruptcy petition preparer and appears to bear her signature under penalty of perjury.  Exhibit B.

3.       Rosella Vera indicated in her Disclosure of Compensation of Bankruptcy Petition Preparer that she received $250.00 for her services. Exhibit C.

4.       In February 2003, the United States Trustee ("U.S. Trustee") for the Central District of California issued *Amended Bankruptcy Petition Preparer Guidelines* ("*BPP Guidelines*"), to further the protection purposes of § 110.  Preparers are requested to comply with the *BPP Guidelines*, and are required to provide a copy of the *BPP Guidelines* to debtors and file a signed copy with the Court.  See United States Bankruptcy Court for the Central District of California, Debtors – Don't Have an Attorney at http://www.cacb.uscourts.gov/dont-have-attorney (last visited May 6, 2013).  The *BPP Guidelines* make clear that non-attorney, bankruptcy petition preparers in the Central District may only type forms, and generally may charge no more than $200.00 for all services and expenses (including any photocopying, postage, telephone, or other charges).

---

[1] Unless otherwise indicated, all chapter, section, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

[2] All further references to exhibits herein are to exhibits to the accompanying Hong Dec.

5.      Thus, Respondent charged $50.00 more than the *BPP Guidelines* permit.  There is nothing unusual in this simple chapter 7 case to justify that excessive charge.

## III.    ARGUMENT

### A.      Standing and Jurisdiction

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and §§ 110 and 105.  The U.S. Trustee has standing pursuant to § 307, which provides that the U.S. Trustee has standing to be heard on any issue, in any case or proceeding under this title.  Sections 110(h)(4), 110(i)(1), and 110(l)(3) expressly authorize the U.S. Trustee to move the Court for sanctions against a bankruptcy petition preparer.

### B.      Disgorgement Under 11 U.S.C. § 110

#### 1.      The Respondent is a Bankruptcy Petition Preparer

Section 110 defines a "bankruptcy petition preparer" as a person "other than an attorney for the debtor or an employee of such attorney under the direct supervision of such attorney, who prepares for compensation a document for filing." 11 U.S.C. § 110(a)(1).  A "document for filing" includes a bankruptcy petition or any other document prepared for filing by a debtor in the Bankruptcy Court or District Court in connection with a case under Title 11.  11 U.S.C. § 110(a)(2).

Here, Respondent is a bankruptcy petition preparer within the meaning of § 110(a)(1). No attorney is identified on the bankruptcy documents as representing the Debtor in connection with this case.  *See* Exhibits A & D.  Respondent prepares bankruptcy documents for filing, and in this case prepared the Debtor's chapter 7 bankruptcy documents for filing, for compensation of $250.00.  Exhibit C.  Therefore, Respondent is a bankruptcy petition preparer within the meaning of § 110.

#### 2.      Respondent Collected Fees in Excess of the Value of the Services Provided

Section 110(h)(2) requires a petition preparer to file a declaration under penalty of perjury disclosing any fee received from or on behalf of a debtor within twelve (12) months immediately prior to the filing of the petition, and any unpaid fee charged to the debtor.  Under § 110(h)(3)(A), the Bankruptcy Court has the express authority to disallow any fee found to be in excess of the value of any services rendered during the twelve (12) months before the date the petition was filed, and shall order the immediate turnover of those fees.  In any case in which the preparer fails to comply with § 110(h) or with subsections (b), (c), (d), (e), (f), or (g), the court has the authority to order the petition preparer to forfeit all fees charged.

The *BPP Guidelines* make clear that non-attorney, bankruptcy petition preparers in the Central District may only type forms, and generally may charge no more than $200.00 for all services and expenses (including any photocopying, postage, telephone, or other charges).  The Southern, Eastern, and Northern Districts of California have all issued similar Guidelines.  Such Guidelines have been upheld as establishing presumptive "reasonable values" for consumer bankruptcies.  *Agyekim*, 225 B.R. at 699.

Thus, under normal circumstances, charges of more than $200.00 will be excessive for the preparation services rendered.  Disgorgement of all fees paid is appropriate where the services had no value, or where the petition preparer has failed to comply with subsections (b) through (h) of § 110.  11 U.S.C. § 110(h)(3)(A); *see Pillot*, 286 B.R. at 162.

Respondent collected $250.00 as payment for preparing and/or filing the petition and schedules as set forth in the Disclosure of Compensation of Bankruptcy Petition Preparer.  Exhibit C.  Respondent should be ordered to turn over any fees received in excess of the reasonable value of the services performed with respect to this case.  Specifically, Respondent should be ordered to turn over the amount of $50.00 in excessive charges.

## IV.    <u>CONCLUSION</u>

There is no dispute that Respondent is a petition preparer who assisted the Debtor with the preparation of the documents filed in this case, or that she charged the Debtor $250.00.

WHEREFORE, the U.S. Trustee respectfully requests that this Court order immediate turnover of any excess fee received from the Debtor (in the amount of at least $50.00) and order such other and further relief as this Court deems just and proper.

DATED: August 29, 2019                    UNITED STATES TRUSTEE

By: *<u>/s/Brian Fittipaldi</u>*
     Brian Fittipaldi
     Attorney for the United States Trustee

## DECLARATION OF JOYCE HONG

I, Joyce Hong, declare,

1.       I am employed as a Bankruptcy Paralegal by the United States Trustee for the Central
District of California, Region 16.  I have personal knowledge of the facts set forth herein.

2.       A true and correct copy of the Court's electronic docket for this case, which I printed
from CM/ECF, is attached hereto as Exhibit A.

3.       A true and correct copy of the Bankruptcy Petition Preparer's Notice, Declaration, and
Signature filed in this case on August 5, 2019, is attached hereto as Exhibit B.

4.       A true and correct copy of the Disclosure of Compensation of Bankruptcy Petition
Preparer filed in this case on August 5, 2019, is attached hereto as Exhibit C.

5.       A true and correct copy of the Debtor's petition filed in this case on August 5, 2019, is
attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed
on August 29, 2019, in Los Angeles, California.

Joyce Hong

**Exhibit A**

Incomplete, BPP

**U.S. Bankruptcy Court**
**Central District of California (Santa Barbara)**
**Bankruptcy Petition #: 9:19-bk-11357-DS**

*Date filed:* 08/05/2019
*341 meeting:* 09/23/2019
*Deadline for objecting to discharge:* 11/22/2019
*Deadline for financial mgmt. course:* 11/22/2019

*Assigned to:* Deborah J. Saltzman
Chapter 7
Voluntary
No asset

| | |
|---|---|
| ***Debtor*** | represented by **Rosa Carmina Valladares** |
| **Rosa Carmina Valladares** | PRO SE |
| 531 Foxglove Place | |
| Oxnard, CA 93036 | |
| VENTURA-CA | |
| (805)307-6868 | |
| SSN / ITIN: xxx-xx-9213 | |

***Trustee***
**Sandra McBeth (TR)**
7343 El Camino Real, #185
Atascdero, CA 93422
(805) 464-2985

***U.S. Trustee***
**United States Trustee (ND)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 08/05/2019 | 1<br>(64 pgs; 2 docs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Rosa Carmina Valladares Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 8/19/2019. Incomplete Filings due by 8/19/2019. (Ortiz, Amber) (Entered: 08/05/2019) |
| 08/05/2019 | 2<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 09/23/2019 at 10:00 AM at RM 148, 1415 State St., Santa Barbara, CA 93101. Objections for Discharge due by 11/22/2019. Cert. of Financial Management due by 11/22/2019 for Debtor and Joint Debtor (if joint case) (Ortiz, Amber) (Entered: 08/05/2019) |
| 08/05/2019 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Rosa Carmina Valladares . (Ortiz, Amber) (Entered: 08/05/2019) |
| 08/05/2019 | 4<br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Rosa Carmina Valladares (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ortiz, Amber) (Entered: 08/05/2019) |
| 08/05/2019 | 5<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Rosa Carmina Valladares . (Ortiz, Amber) (Entered: 08/05/2019) |
| 08/05/2019 | | Receipt of Chapter 7 Filing Fee - $335.00 by 03. Receipt Number 90026349. (admin) (Entered: 08/05/2019) |

**0006**

| | | |
|---|---|---|
| 08/07/2019 | [6](#) <br> (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 7)) No. of Notices: 6. Notice Date 08/07/2019. (Admin.) (Entered: 08/07/2019) |
| 08/07/2019 | [7](#) <br> (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rosa Carmina Valladares) No. of Notices: 1. Notice Date 08/07/2019. (Admin.) (Entered: 08/07/2019) |
| 08/09/2019 | [8](#) <br> (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Fujimoto, Daniel. (Fujimoto, Daniel) (Entered: 08/09/2019) |
| 08/09/2019 | [9](#) <br> (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Fujimoto, Daniel. (Fujimoto, Daniel) (Entered: 08/09/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/28/2019 14:01:00 | | |
| **PACER Login:** | us7767:2657072:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:19-bk-11357-DS Fil or Ent: filed To: 8/28/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**0007**

**Exhibit B**

| Fill in this information to identify the case: |
| --- |

| Debtor 1 | ROSA CARINA VALLADARES | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number _____    Chapter **7**
(if known)

## Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature       12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Part 1:    Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer **ROSELLA VERA**_____ has notified me of
                                                    Name

any maximum allowable fee before preparing any document for filing or accepting any fee.

_____    Date **05/17/2019**
Signature of Debtor 1 acknowledging receipt of this notice           MM / DD / YYYY

_____    Date _____
Signature of Debtor 2 acknowledging receipt of this notice           MM / DD / YYYY

Official Form 119          Bankruptcy Petition Preparer's Notice, Declaration, and Signature          page 1

**0008**

| Debtor 1 | ROSA CARINA VALLADARES | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Part 2:    Declaration and Signature of the Bankruptcy Petition Preparer**

Under penalty of perjury, I declare that:

- ■ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- ■ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- ■ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

ROSELLA VERA
_____    _____    _____
Printed name    Title, if any    Firm name, if it applies

P.O. BOX 51802
_____
Number    Street

OXNARD    CA    93031    (805) 341-6570
_____    _____    _____    _____
City    State    ZIP Code    Contact phone

I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:
*(Check all that apply.)*

- ☑ Voluntary Petition (Form 101)
- ☑ Statement About Your Social Security Numbers (Form 121)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
- ☑ Schedule A/B (Form 106A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D)
- ☑ Schedule E/F (Form 106E/F)
- ☑ Schedule G (Form 106G)
- ☑ Schedule H (Form 106H)

- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
- ☑ Statement of Financial Affairs (Form 107)
- ☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)

- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Application to Pay Filing Fee in Installments (Form 103A)
- ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
- ☑ A list of names and addresses of all creditors *(creditor or mailing matrix)*
- ☐ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_____    5 6 5 - 1 5 - 1 0 2 6    Date 05/17/2019
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

ROSELLA VERA
_____
Printed name

_____    _____    Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name

**Exhibit C**

B2800 (Form 2800) (12/15)

# United States Bankruptcy Court

## Central District of California

In re ROSA CARINA VALLADARES

Debtor

Case No. _____

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1.    Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services I have agreed to accept.............................    $_____250.00

Prior to the filing of this statement I have received...........................................    $_____250.00

Balance Due.........................................................................................................    $_____0.00

2.    I have prepared or caused to be prepared the following documents (itemize):

and provided the following services (itemize):

3.    The source of the compensation paid to me was:
[✓] Debtor                              [ ] Other (specify)

4.    The source of compensation to be paid to me is:
[✓] Debtor                              [ ] Other (specify)

5.    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                                          SOCIAL SECURITY NUMBER

_____         _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_____     _05/17/2017_____
Signature                                Social Security number of bankruptcy        Date
                                         petition preparer*
ROSELLA VERA                             P.O. BOX 51802, OXNARD, CA 93031
Printed name and title, if any, of       Address
Bankruptcy Petition Preparer


* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Exhibit D**

**FILED**

AUG -5 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California _____
(State)

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | ROSA First name  CARMINA Middle name  VALLADARES Last name  _____ Suffix (Sr., Jr., II, III) | _____ First name  _____ Middle name  _____ Last name  _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | NONE First name  _____ Middle name  _____ Last name  _____ First name  _____ Middle name  _____ Last name | _____ First name  _____ Middle name  _____ Last name  _____ First name  _____ Middle name  _____ Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 9 2 1 3 OR 9 XX – XX – ___ ___ ___ ___ | XXX – XX – ___ ___ ___ ___ OR 9 XX – XX – ___ ___ ___ ___ |

**0011**

Debtor 1    <u>ROSA CARMINA VALLADARES</u>
    First Name    Middle Name    Last Name        Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____<br>Business name <br><br> _____<br>Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs. <br><br> _____<br>Business name <br><br> _____<br>Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

531 FOXGLOVE PLACE
_____
Number    Street


OXNARD        CA    93036
_____
City       State    ZIP Code

VENTURA
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City       State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City       State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City       State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1    <u>ROSA CARMINA VALLADARES</u>           Case number *(if known)*_____
        First Name    Middle Name    Last Name

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

❑ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ |
| _____ | _____ MM / DD / YYYY | _____ |
| _____ | _____ MM / DD / YYYY | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❑ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
             MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
             MM / DD / YYYY

**11.** **Do you rent your residence?**

☑ No. Go to line 12.

❑ Yes. Has your landlord obtained an eviction judgment against you?

     ❑ No. Go to line 12.

     ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

**0013**

Debtor 1     <u>ROSA CARMINA VALLADARES</u>              Case number *(if known)* _____
       First Name     Middle Name     Last Name

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                      State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                     Number     Street

_____

_____
City                  State     ZIP Code

Debtor 1    __ROSA CARMINA VALLADARES__    Case number (if known)_____
First Name    Middle Name    Last Name

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    <u>ROSA CARMINA VALLADARES</u>        Case number (if known)_____
      First Name     Middle Name     Last Name

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No
    ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

☒ _R. Valladares_ (signature)      ☒ _____
Signature of Debtor 1                     Signature of Debtor 2

Executed on <u>05/17/2018</u>           Executed on _____
          MM / DD /YYYY                        MM / DD /YYYY

---

| Debtor 1 | ROSA CARMINA VALLADARES | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ _____    Date ___ / ___ / _____
Signature of Attorney for Debtor                       MM / DD / YYYY

N-A
Printed name

Firm name

Number    Street

City                                    State    ZIP Code

Contact phone _____    Email address _____

Bar number                              State

Debtor 1  ___ROSA CARMINA VALLADARES___            Case number *(if known)*_____
          First Name    Middle Name    Last Name

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes. Name of Person _ROSELLA VERA_____.
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _/s/ Valladares_____        ✗ _____
Signature of Debtor 1                  Signature of Debtor 2

Date  __05/17/2019___              Date  _____
      MM / DD  / YYYY                     MM / DD  / YYYY

Contact phone _____      Contact phone _____

Cell phone  __(805) 307-6868___      Cell phone _____

Email address _____      Email address _____

0018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION UNDER 11 U.S.C.  § 110 FOR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOYCE HONG** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/29/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **8/29/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/29/2019 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|-----------|----------------------|---------------------------|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**
Brian Fittipaldi     brian.fittipaldi@usdoj.gov
Daniel K Fujimoto     wdk@wolffirm.com
Sandra McBeth (TR)     jwalker@mcbethlegal.com,
CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

**SERVED BY U.S. MAIL**
The Honorable Deborah Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

Rosa Carmina Valladares
531 Foxglove Place
Oxnard, CA 93036

Rosella Vera
P.O. Box 51802
Oxnard, CA 93031